No. 02–7026. WILSON v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 02–7029. KUBILIS v. FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7032. GARDNER v. GARDNER (two judgments). Ct. Sp. App. Md. Certiorari denied.

No. 02–7035. PETERSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–7038. NABELEK v. COLLINS, JUDGE, DISTRICT COURT OF TEXAS, HARRIS COUNTY. C. A. 5th Cir. Certiorari denied.

No. 02–7043. STREETY v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7045. PRUETT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7046. JOHNSON v. HINES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–7050. WAMBACH v. NORTH CAROLINA DEPARTMENT OF REVENUE ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7053. TYNER v. RAY, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES. C. A. 11th Cir. Certiorari denied.

No. 02–7054. ZAPATA v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–7055. SANCHEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 02–7061. BROWN v. UNKNOWN CARDIOLOGIST ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7063. TROPF ET UX. v. FIDELITY NATIONAL TITLE INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.